UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

JUAN ARTEMIO ESCARENO,

Defendant.

**ORDER**

23 MAG 7043

---

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Adam Sowlati;

It is found that the Complaint, filings, and docket entries in the above-captioned action are currently sealed and the United States Attorney's Office has applied to have all filings in this case (except for the sealing order (the "Sealing Order") of the Honorable Gary Stein, dated November 1, 2023, and the Government's related sealing application (the "Application")) be unsealed and the true caption of the case restored to the docket sheet, it is therefore:

ORDERED that all filings in this case be unsealed (except for the Sealing Order and Application) and the true caption of the case restored to the docket sheet.

SO ORDERED:

Dated:   New York, New York
         February 16, 2024

THE HONORABLE VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

1